FRED R. PUGLISI, Cal. Bar No. 121822
NORMA V. GARCIA, Cal. Bar No. 223512
VALERIE E. ALTER, Cal. Bar No. 239905
ELIZABETH S. BERMAN, Cal. Bar No. 252377
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:    310-228-3700
Facsimile:    310-228-3701
fpuglisi@sheppardmullin.com
ngarciaguillen@sheppardmullin.com
valter@sheppardmullin.com
eberman@sheppardmullin.com

Attorneys for Defendant,
BBG Global, AG

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS WOOD, individually and on behalf all others similarly situated,<br><br>        Plaintiffs,<br><br>     v.<br><br>BBG COMMUNICATIONS, INC.,  BBG GLOBAL, AG, and BBG HOLDINGS, LTD.,<br><br>        Defendants.<br><br>        Defendants. | Case No. 3:11-cv-00227-AJB -NLS<br><br>**DEFENDANT BBG GLOBAL AG'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Complaint filed:    February 2, 2011<br>Trial Date:          None Set |

For its ANSWER to the FIRST AMENDED COMPLAINT ("FAC") by plaintiff Nicolas Wood ("Plaintiff"), defendant BBG Global AG ("BBG Global"), for itself alone, admits, denies, and avers as follows:

## **INTRODUCTION**

1.    Paragraph 1 of the FAC contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations in paragraph 1 of the FAC.

2.    BBG Global denies the allegations in paragraph 2 of Plaintiff's FAC.

3.    Paragraph 3 of the FAC contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations in paragraph 3 of the FAC.

4.    Paragraph 4 of the FAC contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations in paragraph 4 of the FAC.

## **THE PARTIES**

5.    BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the FAC, and, accordingly, denies such allegations.

6.    BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the FAC, and, accordingly, denies such allegations.

7.       BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the FAC, and, accordingly, denies such allegations.

8.       BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the FAC, and, accordingly, denies such allegations.

9.       BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the FAC, and, accordingly, denies such allegations.

10.       Paragraph 10 of the FAC contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations in paragraph 10 of the FAC.

11.       BBG Global admits it is organized under the laws of Switzerland and that it is located at Bahnhof Park #4, 6340 Baar, Canton of Zug, Switzerland.  BBG Global also admits that it was formed in or about June 2006.

12.       Paragraph 12 of the FAC contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations in paragraph 12 of the FAC.

13.       BBG Global admits that its offices in Switzerland are located on the lower level of a multi-use building.  BBG Global further admits that its name is prominently displayed in the parking lot of the building and in the front entrance of the

building on the glass window. BBG Global denies the remainder of the allegations this Paragraph 13 of the FAC.

        14.     BBG Global denies the allegations in Paragraph 14 of the FAC.

        15.     BBG Global denies the allegations in Paragraph 15 of the FAC.

        16.     Paragraph 16 of the FAC contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations in paragraph 16 of the FAC.

        17.     BBG Global admits that its website directs inquiries to info@bbgcomm.com. BBG Global contracts with a third party to handle all customer service inquiries, including those sent to this email address. BBG Global admits that it issues email addresses with the domain extension "@bbgcomm.com." BBG Global denies that all of its employees use this domain extension. BBG Global denies the remaining allegations in paragraph 17 of the FAC.

        18.     BBG Global admits that its privacy policy on its website state that it stores information on servers located in California and Nevada, but denies that this is an admission that BBG Global has sites in either state. BBG Global denies the remaining allegations in paragraph 18 of the FAC.

        19.     Paragraph 19 of the FAC contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations in paragraph 19 of the FAC.

1      20.    BBG Global admits that it outsourced certain administrative duties to

2  third parties. The remaining allegations in paragraph 20 of the FAC contains mere legal

3  argument and conclusions to which no response is required. To the extent that a response

4  is required, BBG Global denies the allegations in paragraph 20 of the FAC.

5

6      21.    BBG Global admits that Gregorio Galicot is the Chairman of the

7  Board of Directors of BBG Global. BBG Global further admits that Gregorio Galicot

8  resides in San Diego, California. BBG Global denies the remaining allegations in

9  paragraph 21 of the FAC.

10

11      22.    BBG Global admits that Rafael Galicot is an authorized signatory of

12  BBG Global. BBG Global further admits that Rafael Galicot resides in San Diego,

13  California. BBG Global denies the remaining allegations in paragraph 22 of the FAC.

14

15      23.    BBG Global denies the allegations in paragraph 23 of the FAC.

16

17      24.    BBG Global denies the allegations in paragraph 24 of the FAC.

18

19      25.    Paragraph 25 of the FAC contains mere legal argument and

20  conclusions to which no response is required. To the extent that a response is required,

21  BBG Global denies the allegations in paragraph 25 of the FAC.

22

23      26.    BBG Global admits it is the successor of BBG Holdings Limited, a

24  Bermuda corporation. BBG Global denies the remaining allegations in paragraph 26 of the

25  FAC.

26

27

28

27. BBG Global admits that this outdated pleading speaks for itself. Other than admitted, BBG Global denies the remaining allegations contained in paragraph 27 of the FAC.

28. BBG Global admits it contracts with agents to negotiate service agreements with carriers throughout the world, except for North America. BBG Global admits that Mssrs. Goran and Michel Alexiev traveled to San Diego in or about 2003 to negotiate an agreement with BBG Holdings, Ltd. BBG Global further admits that the BBG Holdings, Ltd. agreement included a choice-of-law provision selecting California law as the governing law and selected San Diego as the forum for any disputes arising out of same. BBG Global denies the remaining allegations in paragraph 28 of the FAC.

29. Paragraph 29 of the FAC contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations in paragraph 29 of the FAC.

30. Paragraph 30 of the FAC contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations in paragraph 30 of the FAC.

31. BBG Global denies the allegations contained in paragraph 31 of the FAC.

32. BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 of the FAC, and, accordingly, denies such allegations.

33.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 of the FAC, and, accordingly, denies such allegations.

34.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34 of the FAC, and, accordingly, denies such allegations.

35.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 of the FAC, and, accordingly, denies such allegations.

36.     Paragraph 36 of the FAC contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations in paragraph 36 of the FAC.

37.     Paragraph 37 of the FAC contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations in paragraph 37 of the FAC.

38.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 of the FAC, and, accordingly, denies such allegations.

39.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 of the FAC, and, accordingly, denies such allegations.

1    40.    BBG Global lacks knowledge or information sufficient to form a
2    belief as to the truth of the allegations in paragraph 40 of the FAC, and, accordingly,
3    denies such allegations.
4
5    41.    BBG Global lacks knowledge or information sufficient to form a
6    belief as to the truth of the allegations in paragraph 41 of the FAC, and, accordingly,
7    denies such allegations.
8
9    42.    BBG Global lacks knowledge or information sufficient to form a
10   belief as to the truth of the allegations in paragraph 42 of the FAC, and, accordingly,
11   denies such allegations.
12
13   43.    BBG Global lacks knowledge or information sufficient to form a
14   belief as to the truth of the allegations in paragraph 43 of the FAC, and, accordingly,
15   denies such allegations.
16
17   44.    BBG Global lacks knowledge or information sufficient to form a
18   belief as to the truth of the allegations in paragraph 44 of the FAC, and, accordingly,
19   denies such allegations.
20
21   45.    BBG Global lacks knowledge or information sufficient to form a
22   belief as to the truth of the allegations in paragraph 45 of the FAC, and, accordingly,
23   denies such allegations.
24
25   46.    BBG Global lacks knowledge or information sufficient to form a
26   belief as to the truth of the allegations in paragraph 46 of the FAC, and, accordingly,
27   denies such allegations.
28

47.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 of the FAC, and, accordingly, denies such allegations.

48.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48 of the FAC, and, accordingly, denies such allegations.

49.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 of the FAC, and, accordingly, denies such allegations.

50.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 of the FAC, and, accordingly, denies such allegations.

51.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 of the FAC, and, accordingly, denies such allegations.

52.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 of the FAC, and, accordingly, denies such allegations.

53.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 of the FAC, and, accordingly, denies such allegations.

1         54.     BBG Global lacks knowledge or information sufficient to form a

2 belief as to the truth of the allegations in paragraph 54 of the FAC, and, accordingly,

3 denies such allegations.

4

5         55.     BBG Global lacks knowledge or information sufficient to form a

6 belief as to the truth of the allegations in paragraph 55 of the FAC, and, accordingly,

7 denies such allegations.

8

9         56.     BBG Global lacks knowledge or information sufficient to form a

10 belief as to the truth of the allegations in paragraph 56 of the FAC, and, accordingly,

11 denies such allegations.

12

13         57.     BBG Global lacks knowledge or information sufficient to form a

14 belief as to the truth of the allegations in paragraph 57 of the FAC, and, accordingly,

15 denies such allegations.

16

17         58.     BBG Global lacks knowledge or information sufficient to form a

18 belief as to the truth of the allegations in paragraph 58 of the FAC, and, accordingly,

19 denies such allegations.

20

21         59.     BBG Global lacks knowledge or information sufficient to form a

22 belief as to the truth of the allegations in paragraph 59 of the FAC, and, accordingly,

23 denies such allegations.

24

25         60.     BBG Global lacks knowledge or information sufficient to form a

26 belief as to the truth of the allegations in paragraph 60 of the FAC, and, accordingly,

27 denies such allegations.

28

61. BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61 of the FAC, and, accordingly, denies such allegations.

62. BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62 of the FAC, and, accordingly, denies such allegations.

63. BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63 of the FAC, and, accordingly, denies such allegations.

64. BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64 of the FAC, and, accordingly, denies such allegations.

65. BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65 of the FAC, and, accordingly, denies such allegations.

66. BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66 of the FAC, and, accordingly, denies such allegations.

67. BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 of the FAC, and, accordingly, denies such allegations.

68.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68 of the FAC, and, accordingly, denies such allegations.

69.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69 of the FAC, and, accordingly, denies such allegations.

70.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70 of the FAC, and, accordingly, denies such allegations.

71.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71 of the FAC, and, accordingly, denies such allegations.

72.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72 of the FAC, and, accordingly, denies such allegations.

73.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73 of the FAC, and, accordingly, denies such allegations.

74.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74 of the FAC, and, accordingly, denies such allegations.

75.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75 of the FAC, and, accordingly, denies such allegations.

76.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 76 of the FAC, and, accordingly, denies such allegations.

77.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77 of the FAC, and, accordingly, denies such allegations.

78.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78 of the FAC, and, accordingly, denies such allegations.

79.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79 of the FAC, and, accordingly, denies such allegations.

80.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80 of the FAC, and, accordingly, denies such allegations.

81.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81 of the FAC, and, accordingly, denies such allegations.

1       82.    BBG Global lacks knowledge or information sufficient to form a

2  belief as to the truth of the allegations in paragraph 82 of the FAC, and, accordingly,

3  denies such allegations.

4

5       83.    BBG Global denies the allegations contained in paragraph 83 of the

6  FAC.

7

8                       **JURISDICTION AND VENUE**

9       84.    BBG Global denies that this Court has subject matter jurisdiction over

10 the claims alleged by Plaintiff in his FAC, or that jurisdiction is proper in this Court. BBG

11 Global denies the remaining allegations in Paragraph 84 of the FAC.

12

13      85.    BBG Global denies the allegations in paragraph 85 of the FAC.

14

15      86.    Paragraph 86 of the FAC contains mere legal argument and

16 conclusions to which no response is required. To the extent that a response is required,

17 BBG Global denies the allegations in paragraph 86 of the FAC.

18

19      87.    BBG Global admits that some of its customers' credit cards are

20 charged in United States dollars. Except as expressly admitted, BBG Global denies the

21 remaining allegations contained in paragraph 87 of the FAC.

22

23      88.    BBG Global admits that Gregorio Galicot is chairman of its Board of

24 Directors, and that he resides in San Diego, California. BBG Global lacks knowledge or

25 information sufficient to form a belief as to the truth of the remaining allegations in

26 paragraph 88 of the FAC, and, accordingly, denies such allegations.

27

28

89.     BBG Global admits that Rafael Galicot is an authorized signatory for BBG Global, and that he resides in San Diego, California. BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 89 of the FAC, and, accordingly, denies such allegations.

90.     BBG Global admits that certain consumer information is maintained in servers located in either California or Nevada. BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 90 of the FAC, and, accordingly, denies such allegations.

91.     BBG Global denies the allegations contained in paragraph 91 of the FAC.

92.     BBG Global denies the allegations contained in paragraph 92 of the FAC.

93.     Paragraph 93 of the FAC contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations in paragraph 93 of the FAC.

94.     BBG Global admits that Mssrs. Goral and Michel Alexiev entered into their agreement in San Diego. BBG Global denies the remaining allegations contained in paragraph 94 of the FAC.

95.     Paragraph 95 of the FAC contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations in paragraph 95 of the FAC.

# FACTUAL BACKGROUND

96.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 96 of the FAC, and, accordingly, denies such allegations.

97.     BBG Global admits that it contracts with telephone system operators and that the parties share revenues generated by the services provided by BBG Global. BBG Global denies the remaining allegations in paragraph 97 of the FAC.

98.     Paragraph 98 of the FAC contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations in paragraph 98 of the FAC.

99.     BBG Global denies the allegations in paragraph 99 of the FAC.

100.     Paragraph 100 of the FAC contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations in paragraph 100 of the FAC.

101.     Paragraph 101 of the FAC contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations in paragraph 101 of the FAC.

102.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 102 of the FAC, and, accordingly, denies such allegations.

103.     BBG Global admits that Hong Kong Broadband Network and BBG Global both provide long distance services at payphones at the Hong Kong airport.  BBG Global further admits that Figure 2 is a photo of the disclosures dictated by Hong Kong Broadband Network at its payphones at the Hong Kong airport.  BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 103 of the FAC, and, accordingly, denies such allegations.

104.     BBG Global admits that Figure 3 in the FAC speaks for itself.  Except as expressly admitted, BBG Global denies the remaining allegations in paragraph 104 of the FAC.

105.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105 of the FAC, and, accordingly, denies such allegations.

106.     BBG Global admits that Plaintiff could have obtained rate information by dialing "0" at anytime before having his call connected.  The remainder of paragraph 106 of the FAC contains mere description of Plaintiff's claims and legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the remaining allegations in paragraph 106 of the FAC.

107.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 107 of the FAC, and, accordingly, denies such allegations.

108.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 108 of the FAC, and, accordingly, denies such allegations.

109.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109, including its subparts, of the FAC, and, accordingly, denies such allegations.

110.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110, including its subparts, of the FAC, and, accordingly, denies such allegations.

111.     BBG Global lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111, including its subparts, of the FAC, and, accordingly, denies such allegations.

112.     This paragraph merely contains Plaintiff's description of his claims, and legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 112 of the FAC.

## **MATERIAL OMISSIONS**

113.     This paragraph merely contains Plaintiff's description of his claims, and legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 113 of the FAC.

114.     This paragraph merely contains Plaintiff's description of his claims, and legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 114 of the FAC.

115.(1) This paragraph merely contains Plaintiff's descriptions of his claims, and legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 115 (1) of the FAC.

115.(2) This paragraph merely contains Plaintiff's descriptions of his claims, and legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 115 (2) of the FAC.

115.(3) This paragraph merely contains Plaintiff's descriptions of his claims, and legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 115 (3) of the FAC.

115.(4) This paragraph merely contains Plaintiff's descriptions of his claims, and legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 115 (4) of the FAC.

116. This paragraph merely contains Plaintiff's description of his claims, and legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 116 of the FAC.

117. This paragraph merely contains Plaintiff's description of his claims, and legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 117 of the FAC.

118. This paragraph merely contains Plaintiff's description of his claims, and legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 118 of the FAC.

119. This paragraph merely contains Plaintiff's description of his claims, and legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 119 of the FAC.

19

1      120.    BBG Global lacks knowledge or information sufficient to form a
2  belief as to the truth of the allegations in paragraph 120 of the FAC, and, accordingly,
3  denies such allegations.
4
5      121.    This paragraph merely contains Plaintiff's description of his claims,
6  and legal argument and conclusions to which no response is required.  To the extent that a
7  response is required, BBG Global denies the allegations of paragraph 121 of the FAC.
8
9  **DEFENDANTS' KNOWLEDGE /RECKLESS DISREGARD OF THE FALSITY OF**
   **THEIR OMISSIONS**
10
       122.    BBG Global admits that it has received some complaints from
11
   consumers.  Except as expressly admitted, BBG Global denies the allegations in paragraph
12
   122 of the FAC.
13
14
       123.    BBG Global lacks knowledge or information sufficient to form a
15
   belief as to the truth of the allegations in paragraph 123 of the FAC, and, accordingly,
16
   denies such allegations.
17
18
       124.    This paragraph merely contains Plaintiff's description of his claims,
19
   and legal argument and conclusions to which no response is required.  To the extent that a
20
   response is required, BBG Global denies the allegations of paragraph 124 of the FAC.
21
22
       125.    This paragraph merely contains Plaintiff's description of his claims,
23
   and legal argument and conclusions to which no response is required.  To the extent that a
24
   response is required, BBG Global denies the allegations of paragraph 125 of the FAC.
25
26
27
28

1    126.   BBG Global admits that it has received some complaints from
2    consumers.  Except as expressly admitted, BBG Global denies the allegations in paragraph
3    126 of the FAC.

4

5                              **TOLLING**

6    127.   This paragraph merely contains Plaintiff's description of his claims,
7    and legal argument and conclusions to which no response is required.  To the extent that a
8    response is required, BBG Global denies the allegations of paragraph 127 of the FAC.

9

10                     **CLASS ACTION ALLEGATIONS**

11   128.   This paragraph merely contains Plaintiff's definition of their purported
12   class and legal argument and conclusions to which no response is required.  To the extent
13   that a response is required, BBG Global denies the allegations of paragraph 128 of the
14   FAC.

15

16   129.   This paragraph merely contains Plaintiff's definition of their purported
17   class and legal argument and conclusions to which no response is required.  To the extent
18   that a response is required, BBG Global denies the allegations of paragraph 129 of the
19   FAC.

20

21   130.   This paragraph merely contains Plaintiff's description of his claims,
22   and legal argument and conclusions to which no response is required.  To the extent that a
23   response is required, BBG Global denies the allegations of paragraph 130 of the FAC.

24

25   131.   Numerosity.  This paragraph merely contains Plaintiff's description of
26   his claims, and legal argument and conclusions to which no response is required.  To the
27   extent that a response is required, BBG Global denies the allegations of paragraph 131 of
28   the FAC.

21

1      132.   <u>Common Issues Exist And Predominate</u>. This paragraph, including

2 its subparts, merely contains Plaintiff's description of his claims, and legal argument and

3 conclusions to which no response is required. To the extent that a response is required,

4 BBG Global denies the allegations of paragraph 132, including its subparts, of the FAC.

5

6      133.   <u>Typicality.</u> This paragraph contains mere legal argument and

7 conclusions to which no response is required. To the extent that a response is required,

8 BBG Global denies the allegations of paragraph 133 of the FAC.

9

10      134.   <u>The Class is Ascertainable</u>. This paragraph contains mere legal

11 argument and conclusions to which no response is required. To the extent that a response

12 is required, BBG Global denies the allegations of paragraph 134 of the FAC.

13

14      135.   This paragraph merely contains Plaintiff's description of his claims,

15 and legal argument and conclusions to which no response is required. To the extent that a

16 response is required, BBG Global denies the allegations of paragraph 135 of the FAC.

17

18      136.   <u>Superiority</u>. This paragraph contains mere legal argument and

19 conclusions to which no response is required. To the extent that a response is required,

20 BBG Global denies the allegations of paragraph 136 of the FAC.

21

22      137.   This paragraph contains mere legal argument and conclusions to

23 which no response is required. To the extent that a response is required, BBG Global

24 denies the allegations of paragraph 137 of the FAC.

25

26

27

28

# FIRST CAUSE OF ACTION

## (Violation of Business and Professions Code 17200, *et seq.*)

138.     BBG Global incorporates its responses to paragraphs 1-137 of the FAC.

139.     This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 139 of the FAC.

140.     This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 140 of the FAC.

141.     This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 141 of the FAC.

142.     This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 142 of the FAC.

143.     This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 143 of the FAC.

144.     This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 144 of the FAC.

1    145.   This paragraph contains mere legal argument and conclusions to
2  which no response is required.  To the extent that a response is required, BBG Global
3  denies the allegations of paragraph 145 of the FAC.

4

5    146.   This paragraph contains mere legal argument and conclusions to
6  which no response is required.  To the extent that a response is required, BBG Global
7  denies the allegations of paragraph 146 of the FAC.

8

9    147.   This paragraph contains mere legal argument and conclusions to
10  which no response is required.  To the extent that a response is required, BBG Global
11  denies the allegations of paragraph 147 of the FAC.

12

13    148.   This paragraph contains mere legal argument and conclusions to
14  which no response is required.  To the extent that a response is required, BBG Global
15  denies the allegations of paragraph 148 of the FAC.

16

17    149.   This paragraph contains mere legal argument and conclusions to
18  which no response is required.  To the extent that a response is required, BBG Global
19  denies the allegations of paragraph 149 of the FAC.

20

21    150.   This paragraph contains mere legal argument and conclusions to
22  which no response is required.  To the extent that a response is required, BBG Global
23  denies the allegations of paragraph 150 of the FAC.

24

25    151.   This paragraph contains mere legal argument and conclusions to
26  which no response is required.  To the extent that a response is required, BBG Global
27  denies the allegations of paragraph 151 of the FAC.

28

1    152.    This paragraph contains mere legal argument and conclusions to

2    which no response is required.  To the extent that a response is required, BBG Global

3    denies the allegations of paragraph 152 of the FAC.

4

5    153.    This paragraph contains mere legal argument and conclusions to

6    which no response is required.  To the extent that a response is required, BBG Global

7    denies the allegations of paragraph 153 of the FAC.

8

9    154.    This paragraph contains mere legal argument and conclusions to

10   which no response is required.  To the extent that a response is required, BBG Global

11   denies the allegations of paragraph 154 of the FAC.

12

13   155.    This paragraph contains mere legal argument and conclusions to

14   which no response is required.  To the extent that a response is required, BBG Global

15   denies the allegations of paragraph 155 of the FAC.

16

17   156.    This paragraph contains mere legal argument and conclusions to

18   which no response is required.  To the extent that a response is required, BBG Global

19   denies the allegations of paragraph 156 of the FAC.

20

21   157.    This paragraph contains mere legal argument and conclusions to

22   which no response is required.  To the extent that a response is required, BBG Global

23   denies the allegations of paragraph 157 of the FAC.

24

25   158.    This paragraph contains mere legal argument and conclusions to

26   which no response is required.  To the extent that a response is required, BBG Global

27   denies the allegations of paragraph 158 of the FAC.

28

## SECOND CAUSE OF ACTION

### (Violations of the California Consumer Legal Remedies Act)

159.    BBG Global incorporates its responses to paragraphs 1-158 of the FAC.

160.    This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 160 of the FAC.

161.    This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 161 of the FAC.

162.    This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 162 of the FAC.

163.    This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 163 of the FAC.

164.    This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 164 of the FAC.

165.    This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 165 of the FAC.

166.    This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 166 of the FAC.

167.    This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 167 of the FAC.

168.    This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 168 of the FAC.

169.    This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 169 of the FAC.

170.    This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 170 of the FAC.

171.    This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 171 of the FAC.

172.    This paragraph contains mere legal argument and conclusions to which no response is required.  To the extent that a response is required, BBG Global denies the allegations of paragraph 172 of the FAC.

173. This paragraph contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 173 of the FAC.

174. This paragraph contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 174 of the FAC.

175. This paragraph contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 175 of the FAC.

176. This paragraph contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 176 of the FAC.

## FOURTH [*SIC*] CAUSE OF ACTION

### MONEY HAD AND RECEIVED, MONEY PAID, RESTITUTION/UNJUST ENRICHMENT

177. BBG Global incorporates its responses to paragraphs 1-176 of the FAC.

178. BBG Global admits it provides certain telecommunications services in certain locations. BBG Global denies the remaining allegations of paragraph 178 of the FAC.

179. This paragraph contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 179 of the FAC.

180. This paragraph contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 180 of the FAC.

181. This paragraph contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 181 of the FAC.

182. This paragraph contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 182 of the FAC.

183. This paragraph contains mere legal argument and conclusions to which no response is required. To the extent that a response is required, BBG Global denies the allegations of paragraph 183 of the FAC.

## **PRAYER FOR RELIEF**

1. BBG Global denies that Plaintiffs are entitled to the relief sought in paragraph 1 of their Prayer For Relief.

2. BBG Global denies that Plaintiffs are entitled to the relief sought in paragraph 2 of their Prayer For Relief.

3.     BBG Global denies that Plaintiffs are entitled to the relief sought in paragraph 3 of their Prayer For Relief.

4.     BBG Global denies that Plaintiffs are entitled to the relief sought in paragraph 4 of their Prayer For Relief.

5.     BBG Global denies that Plaintiffs are entitled to the relief sought in paragraph 5 of their Prayer For Relief.

6.     BBG Global denies that Plaintiffs are entitled to the relief sought in paragraph 6 of their Prayer For Relief.

7.     BBG Global denies that Plaintiffs are entitled to the relief sought in paragraph 7 of their Prayer For Relief.

8.     BBG Global denies that Plaintiffs are entitled to the relief sought in paragraph 8 of their Prayer For Relief.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses to Plaintiff's allegations, BBG Global alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

(Lack Of Subject Matter Jurisdiction)

This Court lacks subject matter jurisdiction of each of the claims asserted in Plaintiff's FAC.

## SECOND AFFIRMATIVE DEFENSE

### (Failure To State A Claim)

The FAC fails to state facts sufficient to constitute a claim for relief against BBG Global.

## THIRD AFFIRMATIVE DEFENSE

### (Safe Harbor)

This action is barred by the safe harbor provision contained in *Cel-Tech Communications, Inc. v. Superior Court*, 20 Cal.4th 163 (1999), because the conduct complained of was legal in Germany, the sovereign nation in which it took place.

## FOURTH AFFIRMATIVE DEFENSE

### (Dormant Commerce Clause)

This action is barred in its entirety by the Dormant Commerce Clause of the United States Constitution because it seeks to apply California law to conduct occurring wholly outside of California and of the United States.

## FIFTH AFFIRMATIVE DEFENSE

### (International Comity)

This action is barred in its entirety by principles of international comity because it seeks to apply California law to conduct occurring in Hong Kong, a sovereign nation.

## SIXTH AFFIRMATIVE DEFENSE

### (Choice Of Law)

This action is barred in its entirety by choice of law principles because California law cannot apply to this case, in which the complained of conduct took place in Hong Kong, and Plaintiffs have not stated a claim under either Hong Kong law.

## SEVENTH AFFIRMATIVE DEFENSE

### (Consent)

Although BBG Global did not provide long-distance telephone services to Plaintiffs as alleged in the FAC and did not charge Plaintiff Wood any amount for any of the alleged calls, BBG Global is informed and believes and on that basis alleges that Plaintiff Wood provided consent and/or permission to charge his credit card in connection with the three calls he placed without knowing the exact amount his credit card would be charged.

## EIGHTH AFFIRMATIVE DEFENSE

### (Fair Competition/Business Economic Justification)

Although BBG Global did not provide long-distance telephone services to Plaintiff as alleged in the FAC and did not charge Plaintiff Wood any amount for any of the alleged calls, Plaintiff's claims are barred, in whole or in part, because the conduct alleged in the FAC constituted fair competition, and was reasonable, based on independent and legitimate business and economic justifications, without the purpose, intent, or effect of injuring Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

### (This Action Is Not Appropriate For Class Treatment)

Class treatment under Fed. R. Civ. P. 23 is inappropriate for this action because Plaintiff is not an adequate representative, Plaintiff's claims are not typical or common of claims of putative class members, Plaintiff's claims are subject to unique defenses, common questions of law and fact do not predominate over any common issues, class treatment is not superior to other available methods of determining the controversy and a class action would be unmanageable.

## TENTH AFFIRMATIVE DEFENSE

### (Statute Unconstitutional As Applied)

Plaintiff's claims violate BBG Global's rights under the United States Constitution in that, among other things, the claim for violation of California Business & Professions Code Section 17200 is an unconstitutional violation of international comity as the statute applies to the facts alleged in the FAC.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Supremacy Clause Violation)

Plaintiffs seek to apply California law in a manner that violates the Supremacy Clause of the United States Constitution.

## TWELFTH AFFIRMATIVE DEFENSE

### (Unconstitutional Extraterritorial Application of California Law)

Plaintiff seeks to apply California law extraterritorially in a manner that violates the United States Constitution.

## OTHER AFFIRMATIVE DEFENSES

BBG Global presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses. BBG Global reserves the right to assert additional affirmative defenses.

Dated: October 13, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     _s/ Fred S. Puglisi_
         FRED S. PUGLISI

Attorneys for Defendant
BBG GLOBAL, AG

## CERTIFICATE OF SERVICE

### UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action; my business address is 650 Town Center Drive, 4th Floor, Costa Mesa, California 92626.

On September 16, 2011, I served the following document(s):

**DEFENDANT BBG GLOBAL AG'S ANSWER TO FIRST AMENDED COMPLAINT**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

Stuart M. Eppsteiner, Esq. (SBN 098973)
sme@eppsteiner.com
Andrew J. Kubik, Esq. (SBN 246902)
ajk@eppsteiner.com
EPPSTEINER & FIORICA ATTORNEYS, LLP
12555 High Bluff Dr., Suite 155
San Diego, California 92130
T: 858-350-1500
F: 858-350-1501
Counsel for Plaintiff and the Class

☒ **BY ELECTRONIC MAIL:** I caused the above-entitled documents to be served through CM ECF addressed to all parties appearing on the CM ECF electronic service list for the above-entitled case. The file transmission was reported as completed and a copy of the CM ECF Filing Receipt will be maintained with the original documents in our office.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2011, at Costa Mesa, California.

_____
Paula L. Gluck

-2-