# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS WOOD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>BBG COMMUNICATIONS, INC., BBG GLOBAL AG, and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Civil No. 11cv227 AJB (NLS)<br><br>**SCHEDULING ORDER FOLLOWING FIRST CASE MANAGEMENT CONFERENCE** |

  A Case Management Conference was held on January 13, 2012. Having consulted with the attorneys, and for good cause shown, the court now **ORDERS**:

  1. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) relating to the issues of alter ego liability and subject matter jurisdiction shall occur by **February 13, 2012.**

  2. The deadline to file any motions to amend the pleadings or add new parties is **February 15, 2012.**

  3. The deadline for completion of discovery related to the issues of alter ego liability and subject matter jurisdiction is **June 8, 2012**.

  4. The deadline to file discovery motions related to the issues of alter ego liability and subject matter jurisdiction is **June 22, 2012**.

  5. The deadline for filing Defendants' Motion for Summary Judgment relating to the issues of alter ego liability and subject matter jurisdiction is **March 9, 2012.** Before filing the

        motion, Defendants shall contact Judge Bataglia's chambers to obtain a hearing date.

6. Within three court days of receiving a ruling on Defendants' Motion for Summary Judgment, the parties shall contact chambers to schedule a Further Case Management Conference.

**IT IS SO ORDERED.**

DATED: January 18, 2012

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court