```
 1  Stuart M. Eppsteiner, Esq. SBN 098973
    sme@eppsteiner.com
 2  Andrew J. Kubik, Esq. SBN 246902
    ajk@eppsteiner.com
 3  EPPSTEINER & FIORICA ATTORNEYS, LLP
    12555 High Bluff Dr., Suite 155
 4  San Diego, CA 92130
    Telephone:    858-350-1500
 5  Facsimile:    858-350-1501
    Attorneys for Plaintiff and the Putative Class
 6
    FRED R. PUGLISI, Cal. Bar No. 121822
 7  NORMA V. GARCIA, Cal. Bar No. 223512
    VALERIE E. ALTER, Cal. Bar No. 239905
 8  ELIZABETH S. BERMAN, Cal. Bar No. 252377
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 9    A Limited Liability Partnership
      Including Professional Corporations
10  1901 Avenue of the Stars, Suite 1600
    Los Angeles, California  90067-6017
11  Telephone:    310-228-3700
    Facsimile:    310-228-3701
12  fpuglisi@sheppardmullin.com
    ngarciaguillen@sheppardmullin.com
13  valter@sheppardmullin.com
    eberman@sheppardmullin.com
14
    Attorneys for the Parties
15
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS WOOD, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BBG COMMUNICATIONS, INC., BBG GLOBAL, AG, and BBG HOLDINGS, LTD.,<br><br>Defendants. | Case No. 3:11-cv-00227-AJB -NLS<br><br>**JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(A)(ii)]<br><br>Complaint filed:   February 2, 2011<br>Trial Date:            None Set |

---

11-CV-00227-AJB-NLS                    JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE

Plaintiff Nicolas Wood ("**Plaintiff**"), on the one hand, and defendants BBG Communications, Inc. and BBG Global, AG (collectively "**Defendants**"), on the other hand, through their respective counsel of record, jointly move the Court to dismiss the above-captioned action with prejudice pursuant to Fed. R. Civ. P. 41(a)(ii).[1] The parties further agree that each party shall bear its own costs.

Dated: February 9, 2012    EPPSTEINER & FIORICA ATTORNEYS, LLP

By    s/*Stuart M. Eppsteiner*
      STUART M. EPPSTEINER
      Attorneys for Plaintiff
      Nicolas Wood

Dated: February 9, 2012    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    s/*Fred R. Puglisi*
      FRED R. PUGLISI
      Attorneys for Defendant,
      BBG Communications, Inc. and BBG Global, AG

---

[1] Rule 23(e), which states, "[t]he claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the court's approval," does not apply here because no class has been certified. *See Estate of Migliaccio v. Midland Nat'l Life Ins. Co.*, 436 F. Supp. 2d 1095, 1103 (C.D. Cal. 2006) ("Rule 23(e) is not implicated because no class action has been certified in this or any other case in which the Migliaccios are plaintiffs."); 2003 Advisory Notes To 2003 Amendments to Fed. R. Civ. P. 23(e) ("The new rule requires approval only if the claims, issues, or defenses of a ***certified class*** are resolved by a settlement, voluntary dismissal, or compromise." (emphasis added)).