UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS WOOD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BBG COMMUNICATIONS, INC.; BBG GLOBAL AG; BBG HOLDINGS, LTD.,<br><br>Defendants. | Case No.: 11cv0227 AJB (NLS)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE<br><br>(Doc. No. 53) |

GOOD CAUSE HAVING BEEN SHOWN, pursuant to the Joint Motion To Dismiss Complaint With Prejudice submitted on February 9, 2012 by plaintiff Nicolas Wood ("Plaintiff") and defendants BBG Communications, Inc. and BBG Global, AG (collectively "Defendants"), the above-captioned action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(ii). Each party shall bear his/its own costs.

IT IS SO ORDERED.

DATED: February 14, 2012

Hon. Anthony J. Battaglia
U.S. District Judge